IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLADYS COPELAND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-468-ECM |
| ) | |
| STAR SNACKS, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice (doc. 24), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been DISMISSED WITH PREJUDICE by operation of Rule 41, on the terms agreed to and set out by the Parties. It is further

ORDERED that all pending motions are denied as moot, and all deadlines are terminated.

The Clerk of the Court is DIRECTED to close this case.

DONE this 20th day of September, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE